SHIELDS v. INSURANCE CO.

No. 135 PC.

Case below: 50 N.C. App. 355.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 2 June 1981.

STANLEY v. STANLEY

No. 144 PC.

Case below: 51 N.C. App. 172.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 2 June 1981.

STATE v. BERRY

No. 131 PC.

Case below: 51 N.C. App. 97.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of Attorney General to dismiss appeal for lack of public interest allowed 2 June 1981.

STATE v. DAVIS

No. 200 PC.

Case below: 52 N.C. App. 165.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 June 1981.

STATE v. DORSEY

No. 104 PC.

Case below: 50 N.C. App. 746.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.